IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHELBY TYRONE CLARK, JR.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:22-cv-00081-JDW |
| | : | |
| **NATHAN KALTESKI**, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 12th day of April, 2023, upon consideration of the Motion Of Medical Defendants For Summary Judgment (ECF No. 48), it is **ORDERED** as follows:

1. The Motion is **GRANTED** for the reasons stated in the accompanying Memorandum;

2. Defendants Elizabeth Moore and Deborah Wilson are **DISMISSED** because Plaintiff Shelby Tyrone Clark, Jr. did not list them in his Amended Complaint;

3. The Clerk of Court shall unseal Mr. Clark's Affidavit In Opposition (ECF No. 53); and

4. The Clerk of Court shall mark this case closed.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON